Laura D. SCOTT,[1] Petitioner Below–Appellant,

v.

John D. ADAMS, Respondent Below–Appellee.

No. 383, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: November 9, 2016

Court Below: Family Court of the State of Delaware, File No. CN14–02787, Petition No. 14–12482

DISMISSED.

James LAWHORN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 40, 2016

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: November 9, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1503000591

AFFIRMED.

Ruth ADAMS, Sharon Riddick and Alan Rosenthal, Plaintiffs Below, Appellants,

v.

Andrew J. GELMAN, D.O., and Andrew J. Gelman, D.O., P.A., Defendants Below, Appellees.

No. 54, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: November 10, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N15C–06–030

AFFIRMED.

Maria L. DICKERSON and Charles L. Dickerson, Plaintiffs Below, Appellants,

v.

NATIONAL MUTUAL INSURANCE COMPANY, a foreign corporation, Defendant Below, Appellee.

No. 267, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 10, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S15C–04–022

AFFIRMED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).